UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20233-MC-SEITZ



FILED by _____ D.C.

JUL 0 7 2014

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

In Re: Request from Ecuador
Pursuant to the Inter-American
Convention on Mutual Assistance
In Criminal Matters in the Matter of
Fabian Bolivar Munoz Velasquez

_____/

## NOTICE OF COMPLETION OF COMMISSION

I, Roy K. Altman, Assistant United States Attorney for the Southern District of Florida,

having been appointed Commissioner by Order of this Court entered on February 9, 2009, for the

purpose of taking evidence in accordance with the request of Ecuador, hereby notifies the Court

that I have completed the requirements of such appointment to the extent possible, and

notwithstanding the possibility of future supplemental requests from Ecuador, the request for

judicial assistance has been completed.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
ROY K. ALTMAN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501271
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9435
Fax: (305) 530-7976